UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 18-18975 |
| | ) | |
| DWAN JOHNSON, | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **December 13, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

JohnsonDNFRCrtSrv

SERVICE LIST
DWAN JOHNSON, DEBTOR
CASE NO. 18-18975

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Dwan Johnson
12724 S Loomis
Riverdale, IL  60827

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


PYOD, LLC its successors and assigns
As Assignee of Roundup Funding, LLC
P.O. Box 19008
Greenville, SC 29602

JohnsonDTFRSrvList