# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Dwan Johnson | § | Case No. 18-18975 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,350.00 *(Without deducting any secured claims)* | Assets Exempt: 6,900.00 |
| Total Distributions to Claimants: 11,920.15 | Claims Discharged Without Payment: 17,446.55 |
| Total Expenses of Administration: 2,169.85 | |

3) Total gross receipts of $ 14,090.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 14,090.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 10,000.00 | $ 10,897.92 | $ 10,897.92 | $ 10,897.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,169.85 | 2,169.85 | 2,169.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,257.00 | 13,675.05 | 3,418.05 | 1,022.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,594.13 | 2,199.60 | 2,199.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 26,851.13 | $ 28,942.42 | $ 18,685.42 | $ 14,090.00 |

4) This case was originally filed under chapter 7 on 07/05/2018 . The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/13/2019            By:/s/STEVEN R. RADTKE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase | 1129-000 | 700.00 |
| Isf | 1129-000 | 13,390.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,090.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department Of Revenue Bankruptcy Section | 4110-000 | 10,000.00 | 10,897.92 | 10,897.92 | 10,897.92 |
| **TOTAL SECURED CLAIMS** | | | **$ 10,000.00** | **$ 10,897.92** | **$ 10,897.92** | **$ 10,897.92** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,159.00 | 2,159.00 | 2,159.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 10.85 | 10.85 | 10.85 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,169.85 | $ 2,169.85 | $ 2,169.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Illinois Child Suppo, 509 S 6th St Springfield, IL 62701 | | 10,257.00 | NA | NA | 0.00 |
| | Tamela Doby, C/O IL Dept of Health and Human Svc | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department Of Revenue Bankruptcy Section | 5800-000 | NA | 1,777.73 | 1,777.73 | 531.66 |
| 2 | Internal Revenue Service | 5800-000 | 2,000.00 | 1,640.32 | 1,640.32 | 490.57 |
| 4 | Tamela Doby | 5800-000 | NA | 10,257.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 12,257.00 | $ 13,675.05 | $ 3,418.05 | $ 1,022.23 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Dept of Finance, c/o Harris & Harris, P.C. 111 W Jackson Blvd Ste 400 Chicago, IL 60604 | | 200.00 | NA | NA | 0.00 |
| | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd Jacksonville, FL 32256 | | 701.00 | NA | NA | 0.00 |
| | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd Jacksonville, FL 32256 | | 208.00 | NA | NA | 0.00 |
| | I C System Inc, Po Box 64378 Saint Paul, MN 55164 | | 130.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit, 223 W Jackson Blvd Ste 7 Chicago, IL 60606 | | 145.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection, PO Box 3159 Hinsdale, IL 60522 | | 210.13 | NA | NA | 0.00 |
| | Peoples Energy, 200 E Randolph St Chicago, IL 60601 | | 784.00 | NA | NA | 0.00 |
| | Public Storage, 1001 W 111th St Chicago, IL 60643 | | 0.00 | NA | NA | 0.00 |
| | Village of Calumet Park, 12409 S. Throop St Calumet Park, IL 60827 | | 216.00 | NA | NA | 0.00 |
| 2 | Internal Revenue Service | 7100-000 | 2,000.00 | 992.76 | 992.76 | 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,206.84 | 1,206.84 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,594.13 | $ 2,199.60 | $ 2,199.60 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-18975 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Dwan Johnson | | | | Date Filed (f) or Converted (c): | 07/05/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/06/2018 |
| For Period Ending: | 02/13/2019 | | | | Claims Bar Date: | 11/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2001 Chevrolet Tahoe Mileage: 176000 | 4,750.00 | 4,750.00 | | 0.00 | FA |
| 2. Used Household Goods, Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 3. Used Consumer Electronics, Tv, Cell Phone | 300.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Dogs | Unknown | 0.00 | | 0.00 | FA |
| 6. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 7. Isf | 17,000.00 | 13,390.00 | | 13,390.00 | FA |
| 8. Chase | 700.00 | 700.00 | | 700.00 | FA |
| 9. Workmens Compensation Claim Johnson V. Cta Law Office Of Dworkin And Maciariello | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $23,340.00    $18,840.00    $14,090.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/2018 Begin work on TFR

8/2018  Non exempt funds in bank accounts; filed motion for turnover; received funds

Initial Projected Date of Final Report (TFR): 12/31/2019      Current Projected Date of Final Report (TFR): 12/31/2019

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-18975  
Case Name: Dwan Johnson  
Taxpayer ID No: XX-XXX9769  
For Period Ending: 02/13/2019  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6495  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/18 | | Dwan M. Johnson | Turnover of Non-exempt funds | | $14,090.00 | | $14,090.00 |
| | | | Gross Receipts   $14,090.00 | | | | |
| | 7 | | Isf   $13,390.00 | 1129-000 | | | |
| | 8 | | Chase   $700.00 | 1129-000 | | | |
| 01/10/19 | 1001 | Illinois Department Of Revenue Bankruptcy Section Po Box 19035 Springfield, Il 62794-9035 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 4110-000 | | $10,897.92 | $3,192.08 |
| 01/10/19 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $2,159.00 | $1,033.08 |
| 01/10/19 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $10.85 | $1,022.23 |
| 01/10/19 | 1004 | Illinois Department Of Revenue Bankruptcy Section Po Box 19035 Springfield, Il 62794-9035 | Final distribution to claim 1 creditor account # representing a payment of 29.91 % per court order. | 5800-000 | | $531.66 | $490.57 |
| 01/10/19 | 1005 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 2 creditor account # representing a payment of 29.91 % per court order. | 5800-000 | | $490.57 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $14,090.00 | $14,090.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,090.00 | $14,090.00 |
| Page Subtotals: | $14,090.00 | $14,090.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,090.00 | $14,090.00 |

Exhibit 9

| | | | |
|---|---|---:|---:|
| | Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6495 - Checking | $14,090.00 | $14,090.00 | $0.00 |
|  | $14,090.00 | $14,090.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,090.00 |
| Total Gross Receipts: | $14,090.00 |

Page Subtotals:     $0.00     $0.00